## MELVIN DORR *versus* WILLIAM KEITH

JOURNAL ENTRIES (1821): *Journal 3:* (1) Office judgment stricken, leave to withdraw declaration *p. 199; (2) rule for special bail or procedendo *p. 212; (3) rule for remand by procedendo *p. 222.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) declaration; (4) precipe for office judgment; (5) return to writ of habeas corpus; (6) copy of indorsement on county court capias; (7) copy of promissory note.

*1821 Calendar*, MS p. 31.